UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JASON SCOTT HUNTER, | ) | CASE NO. C08-1349-JCC |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

The Court, after careful consideration of Petitioner's 28 U.S.C. § 2255 motion for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion is DENIED and this case is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 4th day of June, 2009.

*/s/ John C. Coughenour*

JOHN C. COUGHENOUR
United States District Judge